**Electronically Filed
Supreme Court
SCWC-21-0000312
11-FEB-2025
07:48 AM
Dkt. 7 ODAC**

SCWC-21-0000312

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

WAILANI AH MOW,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000312; CASE NO. 1DTA-20-01426)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, and Ginoza, JJ., and
Circuit Judge Nakamoto, in place of Devens, J. recused)

Petitioner/Defendant-Appellant Wailani Ah Mow's

Application for Writ of Certiorari, filed on December 29, 2024, is

hereby rejected.

DATED: Honolulu, Hawai'i, February 11, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Henry T. Nakamoto